UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 17, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)   Case No. 2:12MJ00212-GGH-1
      Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
NICHOLAS R. CROCKETT, )
)
      Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __NICHOLAS R. CROCKETT__ , Case No. __2:12MJ00212-GGH-1__ , Charge __21USC § 844(a)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __August 17, 2012__ at __2:00 pm__ .

                      By   /s/ Gregory G. Hollows
                           Gregory G. Hollows
                           United States Magistrate Judge

Copy 5 - Court